◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH L. RODRIGUEZ, Appellant. [729 NYS2d 923] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Maloy, J.— Criminal Sale Marihuana, 2nd Degree.) Present—Pigott, Jr., P. J., Wisner, Scudder, Kehoe and Burns, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY LEE SMITH, Appellant. [729 NYS2d 922] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Connell, J.— Attempted Criminal Possession Controlled Substance, 3rd Degree.) Present—Pigott, Jr., P. J., Wisner, Scudder, Kehoe and Burns, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUSSELL S. TOKOTCH, Appellant. [729 NYS2d 922] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Niagara County, Fricano, J.—Insurance Fraud, 3rd Degree.) Present—Pigott, Jr., P. J., Wisner, Scudder, Kehoe and Burns, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DELL WATSON, Appellant, v FREDERICK NETZEL, as Superintendent of Erie County Correctional Facility, et al., Respondents. [729 NYS2d 923] —Judgment unanimously affirmed without costs. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Tills, J.—Habeas Corpus.) Present—Pigott, Jr., P. J., Wisner, Scudder, Kehoe and Burns, JJ.